[No. 74167-5-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MISTY CHERIE CROSSLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00435-9, James W. Lawler, J., entered January 28, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 45039-9-II. Division Two. January 19, 2016.]

GLENDA NISSEN, *Appellant*, v. PIERCE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-02452-6, Christine Schaller, J., entered May 16, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46320-2-II. Division Two. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D., *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated March 29, 2016. A substitute opinion was filed on April 12, 2016. See 193 Wn. App. 1017.

[No. 46358-0-II. Division Two. January 19, 2016.]

SUZETTE GOULD ET AL., *Respondents*, v. NORTH KITSAP BUSINESS PARK MANAGEMENT, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-00952-3, Jeanette Dalton, J., entered May 16, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.